**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6607**

---

NICHOLAS WARNER JONES, a/k/a Charles Jones,

Plaintiff - Appellant,

versus

A. CHEEKS, Officer, C.O. II; ROY JONES,
Lieutenant, C.O. IV; FREDDIE CHARLES, Deputy
Sheriff; MR. OR MCCREARY, DEPUTY SHERIFF; ANNE
ARUNDEL COUNTY MUNICIPAL CORPORATION,

Defendants - Appellees,

and

THOMAS R. CORCORAN, Warden, Unit Supervisor;
LINWOOD PERKINS, Captain; DENNIS BROWN, Offi-
cer, C.O. II; GLENDURA HOLLAND, Sergeant, C.O.
II; RICHARD A. LANHAM, SR., Commissioner of
Corrections; ANNE ARUNDEL COUNTY SHERIFF'S
OFFICE, Agency/Subagency; EILEEN A. REILLY,
Assistant A.A. County State's Attorney; FRANK
R. WEATHERSBEE, State Attorney for Anne
Arundel,

Defendants.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-97-
2437-L)

---

Submitted: July 22, 1999        Decided: July 27, 1999

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Nicholas Warner Jones, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Angela Michelle Eaves, Assistant Attorney General, Michael Allan Fry, Assistant Solicitor, Baltimore, Maryland; John Francis Breads, Jr., Phillip F. Scheibe, ANNE ARUNDEL COUNTY OFFICE OF LAW, Annapolis, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nicholas Warner Jones appeals two district court orders granting summary judgment to Defendants and denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jones v. Cheeks, No. CA-97-2437-L (D. Md. Jan. 29 & Apr. 21, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2